

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 18-MJ-456 |
| Luis Martinez, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _3/2/18_, ____, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _341 - Roybal_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _3/1/18_

U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)   Page 1 of 1